In the Matter of BLINKEY PRODUCTIONS, INC. EUGENE L. SUGARMAN et al., Appellants; MURRAY KING et al., Respondents.— Order unanimously affirmed, with $10 costs and disbursements to the respondents. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL AHEARN, Appellant.— Order unanimously affirmed. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Rabin, JJ.

HARRY DU BOW, Suing on Behalf of Himself and All Other Stockholders of AMES HOME PUBLISHING COMPANY, INC., Similarly Situated, Respondent, v. AMES HOME PUBLISHING COMPANY, INC., et al., Appellants, et al., Defendants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Rabin, JJ.

In the Matter of the Estate of JACOB P. GALEWITZ, Deceased. SAMUEL GALEWITZ, Individually and as an Executor of JACOB P. GALEWITZ, Deceased, et al., Respondents; HANNAH GALEWITZ et al., Appellants.— Decree unanimously affirmed, with costs to all parties appearing and filing briefs herein, payable out of the estate. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Rabin, JJ. [206 Misc. 218.] [See *post*, p. 1049.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS DE FRANCESCO, Appellant.— Order unanimously affirmed. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Rabin, JJ.

FELIX J. SERRALLES, Respondent, v. MERCEDES M. VIADER et al., Appellants, et al., Defendant.— Order unanimously affirmed. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILFRED TROTMAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Rabin, JJ.

SIG MORVAY et al., Respondents, v. BUCKEYE ALUMINUM Co. et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Cohn, J. P., Callahan, Breitel and Botein, JJ.